UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN E. BALDWIN,

        Petitioner,        No. 04-CV-73289-DT

vs.        Hon. Gerald E. Rosen

RAYMOND BOOKER,

        Respondent.
_____/

## JUDGMENT

  At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on     May 26, 2005

PRESENT: Honorable Gerald E. Rosen
             United States District Judge

The Court having this date entered an Order (1) adopting the Magistrate Judge's April 7, 2005 Report and Recommendation, (2) denying Plaintiff's petition for habeas corpus relief, and (3) dismissing this case,

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that John E. Baldwin's petition for habeas corpus relief be, and hereby is,

DENIED and accordingly, this case is DISMISSED.

        s/Gerald E. Rosen
        Gerald E. Rosen
        United States District Judge

Dated:  May 26, 2005

I hereby certify that a copy of the foregoing document was served upon counsel of record on May 26, 2005, by electronic and/or ordinary mail.

        s/LaShawn R. Saulsberry
        Case Manager